**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY<br><br>               Plaintiff<br>v.<br><br>BRIMAR TRANSIT, INC.<br><br>               Defendant.<br>and<br><br>PITTSBURGH PUBLIC SCHOOL DISTRICT<br><br>           Intervenor-Defendant | Civil Action No. 2:18-cv-01129-NBF |

## ORDER OF COURT

AND NOW, to wit this _____ day of _____, 2019, upon consideration of the Plaintiff National Liability & Fire Insurance Company's Motion for Judgment on the Pleadings and Defendants' Responses thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED, that JUDGMENT is GRANTED in favor of Plaintiff on its Complaint, and that Defendant Pittsburgh Public School District's Counterclaim is Dismissed, with prejudice.

_____
                                           J.