IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BRIMAR TRANSIT, INC.,  )<br>)<br>Defendant,  )<br>and  )<br>)<br>PITTSBURGH PUBLIC SCHOOL DISTRICT,  )<br>)<br>Intervenor Defendant.  ) | Judge Nora Barry Fischer<br>Civil Action No. 18-1129 |

## **ORDER OF COURT**

AND NOW, this 14th day of January, 2020, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that Plaintiff National Liability & Fire Insurance Company's Motion for Judgment on the Pleadings [53] is DENIED;

IT IS FURTHER ORDERED that the stay of discovery is lifted;

IT IS FURTHER ORDERED that the parties shall meet and confer and file a Joint Proposed Order as to the deadlines for the completion of any additional discovery by **January 21, 2020**.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:  All counsel of record.