# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY :<br>:<br>:<br>Plaintiff :<br>:<br>v. :<br>:<br>BRIMAR TRANSIT, INC. :<br>:<br>Defendant. :<br>and :<br>:<br>PITTSBURGH PUBLIC SCHOOL :<br>DISTRICT :<br>:<br>Intervenor-Defendant : | Civil Action No. 2:18-cv-01129-NBF |

## NATIONAL LIABILITY & FIRE INSURANCE COMPANY'S
## MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Plaintiff National Liability & Fire Insurance Company ("National"), by and through its undersigned counsel, and pursuant to FEDERAL RULES OF CIVIL PROCEDURE 16(b)(4) and 15(a), respectfully moves for leave to file a Third Amended Complaint. In support of the Motion, National submits a supporting Memorandum of Law.

Respectfully submitted,

Dated: February 12, 2021

By:   */s/Wendy Enerson*
WENDY N. ENERSON
(*admitted pro hac vice*)
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 382-3162
wenerson@cozen.com

KATHARINE MOONEY

(*admitted pro hac vice*)
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103
(215) 665-2016
kmooney@cozen.com

A*ttorneys for Plaintiff National Liability & Fire Insurance Company*

3