# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY<br><br>Plaintiff<br><br>v.<br><br>BRIMAR TRANSIT, INC.<br><br>Defendant,<br><br>and<br><br>PITTSBURGH PUBLIC SCHOOL DISTRICT<br><br>Intervenor-Defendant | Civil Action No. 2:18-cv-01129-NBF |

## ORDER OF COURT

AND NOW, to wit this _____ day of _____, 2021, upon consideration of the Plaintiff National Liability & Fire Insurance Company's Motion for Leave to file a Third Amended Complaint and any Responses thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED. It is further ORDERED AND DECREED that National Liability & Fire Insurance Company must file its Third Amended Complaint within five (5) days of this Order.

_____
J.