## CERTIFICATE OF SERVICE

I, Wendy Enerson, Esquire, hereby certify that on the 12th day of February 2021, a copy of the foregoing **Motion for Leave to File Third Amended Complaint** was served upon all counsel of record via the Court's Electronic Filing System.

Respectfully submitted,

By: /s/Wendy Enerson
WENDY N. ENERSON
(*admitted pro hac vice*)
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 382-3162
wenerson@cozen.com

KATHARINE MOONEY
(*admitted pro hac vice*)
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103
(215) 665-2016
kmooney@cozen.com

*Attorneys for Plaintiff National Liability & Fire Insurance Company*

Dated:  February 12, 202