## CERTIFICATE OF SERVICE

I, Wendy Enerson, Esquire, hereby certify that on the 12th day of February 2021, a copy of the

foregoing **Memorandum of Law in Support of Motion For Leave to File Third Amended**

**Complaint** was served upon all counsel of record via the Court's Electronic Filing System.


Respectfully submitted,


By:     */s/Wendy Enerson*
WENDY N. ENERSON
(*admitted pro hac vice*)
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 382-3162
wenerson@cozen.com

KATHARINE MOONEY
(*admitted pro hac vice*)
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103
(215) 665-2016
kmooney@cozen.com

*Attorneys for Plaintiff National Liability & Fire*
*Insurance Company*


Dated:  February 12, 202