UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| vs. | |
| BRIMAR TRANSIT INC., | |
| Defendant, | |
| vs. | |
| PITTSBURGH PUBLIC SCHOOL DISTRICT, additional insured | |
| Intervenors. | |

Civil Action No. 2:18-cv-1129

## RESPONSE IN OPPOSITION TO MOTION TO FILE LEAVE TO FILE THIRD AMENDED COMPLAINT

1.  Brimar Transit Inc. adopts and joins in the position set forth by the Pittsburgh Public School District in their Brief in Opposition to Motion for Leave to File Third Amended Complaint filed at Doc. 126 and will not be filing any additional response.

Respectfully submitted,

LEBOVITZ & LEBOVITZ, P.A.

Date: February 22, 2021          By: /s Stephen H. Lebovitz
                                  Stephen H. Lebovitz, Esquire
                                  Pa. ID 55676
                                  *Counsel for Brimar Transit, Inc.*