IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Judge Nora Barry Fischer |
| BRIMAR TRANSIT, INC., ) ) | Civil Action No. 18-1129 |
| Defendant, ) and ) ) | |
| PITTSBURGH PUBLIC SCHOOL DISTRICT, ) ) ) | |
| Intervenor Defendant. ) | |

## ORDER OF COURT

AND NOW, this 7th day of September, 2021, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that National's Motion [122] is DENIED;

IT IS FURTHER ORDERED that the parties shall meet and confer and file a Joint Status Report within two weeks by **September 21, 2021** addressing the next steps in this litigation.

> *s/Nora Barry Fischer*
> Nora Barry Fischer
> Senior U.S. District Judge

cc/ecf: All counsel of record.