## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY<br><br>                    Plaintiff<br><br>v.<br><br>BRIMAR TRANSIT, INC.<br><br>                    Defendant.<br>and<br><br>PITTSBURGH PUBLIC SCHOOL DISTRICT<br><br>                    Intervenor-Defendant | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 2:18-cv-01129-NBF |

## NATIONAL LIABILITY & FIRE INSURANCE COMPANY'S
## MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, TO CERTIFY
## FOR INTERLOCUTORY APPEAL

Plaintiff, National Liability & Fire Insurance Company ("National"), by and through its undersigned counsel, respectfully moves this Court to reconsider its order denying National's Motion for Leave to File a Third Amended Complaint ("Motion"), or, in the alternative, grant interlocutory appeal pursuant to Fed. R. Civ. P. 54(b) and 28 U.S.C. § 1292(b). In support of the Motion, National submits a supporting Memorandum of Law.

Respectfully submitted,

Dated: September 14, 2021

By:    */s/Wendy Enerson*
       WENDY N. ENERSON
       (*admitted pro hac vice*)
       123 North Wacker Drive, Suite 1800
       Chicago, IL 60606

(312) 382-3162
wenerson@cozen.com

KATHARINE MOONEY
(*admitted pro hac vice*)
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2016
kmooney@cozen.com

*Attorneys for Plaintiff National Liability & Fire Insurance Company*