IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY<br><br>Plaintiff<br><br>v.<br><br>BRIMAR TRANSIT, INC.<br><br>Defendant,<br><br>and<br><br>PITTSBURGH PUBLIC SCHOOL DISTRICT<br><br>Intervenor-Defendant | Civil Action No. 2:18-cv-01129-NBF |

## ORDER OF COURT

AND NOW, to wit this _____ day of _____, 2021, upon consideration of the Plaintiff National Liability & Fire Insurance Company's Motion for Reconsideration, and any Responses thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED. It is further ORDERED and DECREED that this Court's September 14, 2021 Order on National's Motion for Leave to File a Third Amended Complaint is hereby VACATED.

_____
J.