## CERTIFICATE OF SERVICE

I hereby certify on September 14, 2021, I caused a true and correct copy of the foregoing Motion for Reconsideration to be served upon all counsel of record via the Clerk of Court by using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record for the parties.

Dated: September 14, 2021　　　　　　　**COZEN O'CONNOR**

*/s/Wendy Enerson*
WENDY N. ENERSON
(*admitted pro hac vice*)
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 382-3162
wenerson@cozen.com

KATHARINE MOONEY
(*admitted pro hac vice*)
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2016
kmooney@cozen.com

*Attorneys for Plaintiff National Liability & Fire Insurance Company*