## **CERTIFICATE OF SERVICE**

I hereby certify on September 14, 2021, I caused a true and correct copy of the foregoing Memorandum of Law in Support of Motion to Reconsider to be served upon all counsel of record via the Clerk of Court by using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record for the parties.


Dated: September 14, 2021        **COZEN O'CONNOR**

*/s/Wendy Enerson*
WENDY N. ENERSON
(*admitted pro hac vice*)
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 382-3162
wenerson@cozen.com

KATHARINE MOONEY
(*admitted pro hac vice*)
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2016
kmooney@cozen.com

*Attorneys for Plaintiff National Liability & Fire Insurance Company*