# EXHIBIT E

# Harn, Adam Stanley

| | |
|---|---|
| **From:** | Doherty, Jaime N. <jdoherty@grblaw.com> |
| **Sent:** | Monday, April 27, 2020 11:46 AM |
| **To:** | Mason, Richard |
| **Cc:** | Fergus, Matthew C. |
| **Subject:** | Confidential: For Settlement Purposes Only: Fee Claim: Bill and Payment History [GRB-IMANMAIN.FID981501] |
| **Attachments:** | 6462-4006 (002) Invoice.pdf |

**\*\*EXTERNAL SENDER\*\***

Rich:

Please see the attached bill and payment history which included invoices totaling $234,000+ and costs in excess of $6700+ for a total of in excess of $240,000.  The amount I gave you last week of $217, 317.76 was less than that because I removed the nearly $16,000 in fees incurred from the date of claim inception through the 12/17 tender, and left out costs on the file in excess of $6700 to arrive at it.  You will note that, even if we accept your date of the date of intervention as the "start date" for fees, which the District disputes for the reasons set forth to you on Friday, there is still in excess of $170,000 in fees owed.  There are also the fees going forward.


Jaime N. Doherty, Esquire
GRB Law P.C.
437 Grant Street
Frick Building, 14th Floor
Pittsburgh, PA 15219
Ph: (412) 281-0587 x 131
Fax: (412) 281-2971


This transmission is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (412) 281-0587. Thank you.

# Bill and Payment Report

**Last Payment (03/16/2020): 42,892.37**

Pittsburgh School District / Kimora Monroe (6462-4006)                                                      03/23/2020

| Invoice | Type | Date | Time | Cost | Total | Balance | Status | Check No. | Check Date | Payor | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1348493 | Invoice | 01/30/2018 | 1,588.00 | 0.00 | 1,588.00 | 18,466.74 | Paid | | | | |
| 1350845 | Invoice | 02/28/2018 | 1,012.00 | 0.00 | 1,012.00 | 19,478.74 | Paid | | | | |
| 1352084 | Invoice | 03/28/2018 | 2,714.00 | 0.00 | 2,714.00 | 22,192.74 | Paid | | | | |
| 1353667 | Invoice | 04/30/2018 | 969.00 | 35.00 | 1,004.00 | 23,196.74 | Paid | | | | |
| 1355009 | Invoice | 05/31/2018 | 1,721.50 | 0.00 | 1,721.50 | 24,918.24 | Paid | | | | |
| 1356328 | Invoice | 06/29/2018 | 1,633.00 | 0.00 | 1,633.00 | 26,551.24 | Paid | | | | |
| 1357644 | Invoice | 07/31/2018 | 12,317.00 | 0.00 | 12,317.00 | 38,868.24 | Paid | | | | |
| 1358985 | Invoice | 08/30/2018 | 8,684.00 | 0.00 | 8,684.00 | 47,552.24 | Paid | | | | |
| 1360323 | Invoice | 09/28/2018 | 427.00 | 0.00 | 427.00 | 47,979.24 | Paid | | | | |
| 1361672 | Invoice | 10/31/2018 | 4,480.00 | 0.00 | 4,480.00 | 52,459.24 | Paid | | | | |
| 1363168 | Invoice | 11/29/2018 | 10,409.00 | 0.00 | 10,409.00 | 62,868.24 | Paid | | | | |
| 1364862 | Invoice | 12/27/2018 | 7,457.50 | 0.00 | 7,457.50 | 70,325.74 | Paid | | | | |
| 1366139 | Invoice | 01/31/2019 | 5,684.50 | 0.00 | 5,684.50 | 76,010.24 | Paid | | | | |
| 1367412 | Invoice | 02/28/2019 | 9,226.00 | 0.00 | 9,226.00 | 85,236.24 | Paid | | | | |
| 1368699 | Invoice | 03/29/2019 | 2,674.00 | 0.00 | 2,674.00 | 87,910.24 | Paid | | | | |
| 1370821 | Invoice | 04/30/2019 | 9,244.50 | 0.00 | 9,244.50 | 97,154.74 | Paid | | | | |
| 1372130 | Invoice | 05/31/2019 | 1,489.50 | 0.00 | 1,489.50 | 98,644.24 | Paid | | | | |
| 1373473 | Invoice | 06/28/2019 | 357.00 | 0.00 | 357.00 | 99,001.24 | Paid | | | | |
| 1374826 | Invoice | 07/31/2019 | 12,809.50 | 0.00 | 12,809.50 | 111,810.74 | Paid | | | | |
| 1376220 | Invoice | 08/30/2019 | 28,685.50 | 923.36 | 29,608.86 | 141,419.60 | Paid | | | | |
| 1377629 | Invoice | 09/30/2019 | 18,580.00 | 1,110.30 | 19,690.30 | 161,109.90 | Paid | | | | |
| 1380009 | Invoice | 10/30/2019 | 12,961.00 | 896.07 | 13,857.07 | 174,966.97 | Paid | | | | |

# Bill and Payment Report

**Last Payment (03/16/2020): 42,892.37**

Pittsburgh School District / Kimora Monroe (6462-4006)                                                                                                                    **03/23/2020**

| Invoice | Type | Date | Time | Cost | Total | Balance | Status | Check No. | Check Date | Payor | Email |
|---|---|---|---:|---:|---:|---:|---|---|---|---|---|
| 1380343 | Invoice | 11/27/2019 | 31,794.00 | 0.00 | 31,794.00 | 206,760.97 | Paid | | | | |
| 1382579 | Invoice | 12/30/2019 | 25,273.50 | 3,761.80 | 29,035.30 | 235,796.27 | Paid | | | | |
| 1383906 | Invoice | 01/31/2020 | 2,332.00 | 0.00 | 2,332.00 | 238,128.27 | Open | | | | |
| 1384313 | Invoice | 02/28/2020 | 823.00 | 0.00 | 823.00 | 238,951.27 | Open | | | | |
| 1385778 | Invoice | 03/20/2020 | 1,989.00 | 0.00 | 1,989.00 | 240,940.27 | Open | | | | |
| **Report Totals:** | | | **234,196.50** | **6,743.77** | **240,940.27** | | | | | | |