# EXHIBIT

# F

## Harn, Adam Stanley

| | |
|---|---|
| **From:** | Mason, Richard |
| **Sent:** | Tuesday, May 26, 2020 3:48 PM |
| **To:** | Doherty, Jaime N.; Fergus, Matthew C. |
| **Subject:** | Brimar v. National Liability |

Jamie and Matt,

Can you let me know when I might expect receiving the invoices sent to the School District with regard to your firm's defense of the underlying action?  It is important for us to be able to be able to review them as soon as practicable.

Thank you,

Rich



**Richard C. Mason**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-2717 M: 856-220-9296
Email | Bio | LinkedIn | Map | cozen.com

1