## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY<br><br>Plaintiff<br><br>v.<br><br>BRIMAR TRANSIT, INC.<br><br>Defendant,<br><br>and<br><br>PITTSBURGH PUBLIC SCHOOL DISTRICT<br><br>Intervenor-Defendant | Civil Action No. 2:18-cv-01129-NBF |

### ORDER OF COURT

**AND NOW**, to wit this _____ day of _____, 2021, upon consideration of Plaintiff National Liability & Fire Insurance Company's Motion for Leave to File *Instanter* Reply Brief In Support of Motion For Reconsideration, or In The Alternative, To Certify For Interlocutory Appeal, it is hereby ORDERED and DECREED that said Motion is GRANTED.

_____

J.