**CERTIFICATE OF SERVICE**

I hereby certify that, on this day of October 6, 2021, I have caused a copy of the MOTION FOR LEAVE TO FILE *INSTANTER* REPLY BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, TO CERTIFY FOR INTERLOCUTORY APPEAL to be served via Electronic Filing upon all counsel of record.

*/s/ Wendy Enerson, Esq.*
Wendy Enerson, Esq.