IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Judge Nora Barry Fischer<br>Civil Action No. 18-1129 |
| BRIMAR TRANSIT, INC., ) ) | |
| Defendant, ) <br>and ) ) | |
| PITTSBURGH PUBLIC SCHOOL DISTRICT, ) ) ) | |
| Intervenor Defendant. ) | |

**ORDER OF COURT**

AND NOW, this 23rd day of December, 2021, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that National's Motion [130] is DENIED; and,

IT IS FURTHER ORDERED that the parties shall meet and confer and file a Joint Status Report within 14 days by **January 7, 2022**.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.

1