# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY<br><br>     Plaintiff<br>v.<br><br>BRIMAR TRANSIT, INC.<br><br>     Defendant,<br>and<br><br>PITTSBURGH PUBLIC SCHOOL DISTRICT<br><br>     Intervenor-Defendant | Civil Action No. 2:18-cv-01129-NBF |

## ORDER

**AND NOW**, on this _____ day of _____, 2022, upon consideration of Plaintiff National Liability & Fire Insurance Company's Motion for Summary Judgment Against Defendants Brimar Transit, Inc. and Pittsburgh Public School District, and any opposition thereto, it is hereby **ORDERED** that said Motion for Summary Judgment is **GRANTED**.

It is further **ORDERED** that Defendant Pittsburgh Public School District's Counterclaim against Plaintiff National Liability & Fire Insurance Company is **DISMISSED**.

It is further **ORDERED** that there is no coverage under the Policy issued by Plaintiff National Liability & Fire Insurance Company for the Underlying Action and therefore Plaintiff National Liability & Fire Insurance Company is entitled to reimbursement of the defense costs (including attorney's fees) and all monies paid in the settlement on behalf of Plaintiffs in the Underlying Action.

2

BY THE COURT:

_____
The Honorable Nora Barry Fischer