THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY<br><br>Plaintiff<br>v.<br><br>BRIMAR TRANSIT, INC.<br><br>Defendant,<br>and<br><br>PITTSBURGH PUBLIC SCHOOL DISTRICT<br><br>Intervenor-Defendant | Civil Action No. 2:18-cv-01129-NBF |

**NATIONAL LIABILITY & FIRE INSURANCE COMPANY'S APPENDIX IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to LCvR 56.B.3, Plaintiff National Liability & Fire Insurance Company, by and through its undersigned counsel, Cozen O'Connor, submits the following Appendix in Support of its Motion for Summary Judgment:

1. Declaration of Wendy N. Enerson, Esq. with Exhibits A through H.

    A. Underlying Complaint

    B. National Liability & Fire Ins. Co. Business Auto Policy No. 73 APB 001185

    C. July 24, 2018 Letter

    D. Docket in the Underlying Action

    E. December 4, 2020 Letter

    F. February 10, 2021 Letter

    G. July 9, 2021 Letter

      H.      Declaration of Linda Bobro, Bates-stamped OMA000424-432 and OMA000482-483, produced by National Liability & Fire Insurance Company

2.      Affidavit of Mark Richardson with Exhibits A through K.

      A.      Underlying Complaint

      B.      Excerpts of Transcript of Deposition of Marciano Nesbeth

      C.      Excerpts of Transcript of Deposition of Theodore R. Vasser, III

      D.      Excerpts of Transcript of the Deposition of Candice Miller

      E.      Excerpts of Transcript of the Deposition of Michelle Stanton

      F.      Excerpts of Transcript of the Deposition of Valerie Merlo

      G.      Excerpts of Transcript of the Deposition of Kayla Reynolds

      H.      Excerpts of Transcript of the Deposition of Melissa Ringold

      I.      Excerpts of Transcript of the Deposition of Justin Drexler

      J.      M.M. and K.M.'s written and verified answers to Brimar's discovery requests.

      K.      Document Production from Underlying Action Bates-stamped KM PPS 000001 to 000004.

Respectfully submitted,

**COZEN O'CONNOR**

Dated: March 16, 2022      By:      */s/Wendy Enerson*
Wendy N. Enerson, Esquire
(*admitted pro hac vice*)
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 382-3162
wenerson@cozen.com

-and-

Charles J. Jesuit, Jr., Esquire
(*admitted pro hac vice*)
One Liberty Place

2

        1650 Market Street, Suite 2800
Philadelphia, PA 19103
215-665-6967
cjesuit@cozen.com

-and-

Paul Steinman, Esquire
One Oxford Centre
31 Grant St., 41st Floor
Pittsburgh, PA 15219
412-620-6544
psteinman@cozen.com

*Attorneys for Plaintiff National Liability & Fire Insurance Company*