**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRIMAR TRANSIT INC., )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>PITTSBURGH PUBLIC SCHOOL DISTRICT, )<br>additional insured )<br>)<br>Intervenor Defendant. )<br>)<br>) | Civil Action No. 2:18-cv-1129 |

**DEFENDENTS' CONCISE STATEMENT OF ADDITIONAL MATERIAL FACTS
APPENDIX**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Affidavit of Jaime Doherty, Esq.(Affidavit) |
| 2. | Judge Fischer Memorandum Opinion filed 1/14/20 (Opinion) |
| 3. | Brimar and Pittsburgh Public School Pupil Transportation Agreement (Agreement) |
| 4. | Brimar Certificate of Insurance (Certificate of Insurance) |
| 5. | Commercial Insurance Policy (Commercial Policy) |
| 6. | Plaintiff Complaint filed 12/7/18 at GD 18- 003257 (Underlying Complaint) |

2116989.1

Date:   April 6, 2022                                  Respectfully submitted,

                                                       GOEHRING RUTTER & BOEHM

                               By:      */s/ Matthew C. Fergus*

                                                       Matthew C. Fergus, Esquire
                                                       Pa. ID# 205506

                                                       525 William Penn Place, Suite 3110
                                                       Pittsburgh, PA 15219
                                                       (412) 281-0587

                                                       *Counsel for Defendants*