Jan. 8. 2016 3:05PM
Case 2:18-cv-01129-NBF   Document 163-5   Filed 04/06/22   Page 1 of 1

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 01/08/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
PA01- Burns and Wilcox, LTD-PGH
Foster Plaza 9
750 Holiday Dr. Suite 650
Pittsburgh, PA 15220

**CONTACT NAME:** Wayne Alling
**PHONE (A/C, No, Ext):** 7244493993
**FAX (A/C, No):** 7244493990
**E-MAIL ADDRESS:** allingw@nationwide.com

**INSURER(S) AFFORDING COVERAGE** | **NAIC #**
INSURER A: National Liability and Fire Insurance Company
INSURER B: General Star Indemnity Company
INSURER C:
INSURER D:
INSURER E:
INSURER F:

**INSURED**
BRIMAR Transit, Inc.
Marciano Nesbeth
712 Rebecca Ave
Pittsburgh, PA 15221

**COVERAGES**   **CERTIFICATE NUMBER:**   **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| X | COMMERCIAL GENERAL LIABILITY  CLAIMS-MADE  OCCUR | | | 73APB001185 | 01/11/2016 | 01/11/2017 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY  PROJECT  LOC  OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | 73APB001185 | 01/11/2016 | 01/11/2017 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| X | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| X | ALL OWNED AUTOS  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| X | HIRED AUTOS  NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ 1,000,000 |
| | | | | | | | | $ |
| X | UMBRELLA LIAB  OCCUR | | | IXG415901C | 01/11/2016 | 01/11/2017 | EACH OCCURRENCE | $ 5,000,000 |
| | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ 5,000,000 |
| | DED  RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | | | | PER STATUTE  OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Pittsburgh School District is hereby shown as Additional Insured as well as Certificate Holder

**CERTIFICATE HOLDER**
School District of Pittsburgh Pupil Transportation
University Prep- RM 366
3117 Center Ave
Pittsburgh, PA 15219

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
Danielle Barnes

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)   The ACORD name and logo are registered marks of ACORD