IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Judge Nora Barry Fischer<br>) Civil Action No. 18-1129 |
| BRIMAR TRANSIT, INC., | )<br>) |
| Defendant,<br>and | )<br>)<br>) |
| PITTSBURGH PUBLIC SCHOOL DISTRICT, | )<br>)<br>) |
| Intervenor Defendant. | ) |

## ORDER OF COURT

AND NOW, this 28th day of July, 2022, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED Plaintiff National Liability & Fire Insurance Company's motion for summary judgment (Docket No. 159) is granted, in part and denied, in part. Said Motion is granted to the extent that Defendant the Pittsburgh Public School District's counterclaim (Docket No. 48) is dismissed but denied in all other respects. An appropriate Judgment follows.

                                                */s Nora Barry Fischer*
                                                Nora Barry Fischer
                                                Senior U.S. District Judge

cc/ecf: All counsel of record.