IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) BRIMAR TRANSIT, INC., ) ) Defendant, ) and ) ) PITTSBURGH PUBLIC SCHOOL DISTRICT, ) ) ) Intervenor Defendant. ) | Judge Nora Barry Fischer<br>Civil Action No. 18-1129 |

## **JUDGMENT**

AND NOW, this 28th day of July, 2022, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that summary judgment is entered in favor of Defendants Brimar Transit, Inc. and the Pittsburgh Public School District and against Plaintiff National Liability & Fire Insurance Company as to all claims set forth in National's Second Amended Complaint (Docket No. 46);

IT IS FURTHER ORDERED the Pittsburgh Public School District's counterclaim (Docket No. 48) is dismissed, with prejudice; and,

FINALLY, IT IS ORDERED that as there are no further claims in this action, the Clerk of Court shall mark this case CLOSED.

*/s Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:  All counsel of record.