IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| BRIMAR TRANSIT, INC., | :    CIVIL ACTION NO. 18-1129 |
| Defendant, | : <br> : |
| and | : <br> : |
| PITTSBURGH PUBLIC SCHOOL DISTRICT, | : <br> : |
| Intervenor Defendant. | : <br> : |

**<u>NOTICE OF APPEAL BY PLAINTIFF NATIONAL LIABILITY & FIRE INSURANCE COMPANY</u>**

Notice is hereby given that, National Liability and Fire Insurance Company ("National"), Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the following Opinions and Orders:

    1.  Memorandum Opinion (Dkt. No. 91) and Order of Court Denying National's Motion for Judgment on Pleadings (Dkt. No. 92), both filed and entered in this action on January 14, 2020.

    2.  Memorandum Opinion (Dkt. No. 128) and Order of Court Denying National's Motion for Leave to File Third Amended Complaint (Dkt. No. 129), both filed and entered in this action on September 7, 2021.

    3.  Memorandum Opinion (Dkt. No. 142) and Order of Court Denying National's Motion for Reconsideration, or, in the Alternative, Certification of Interlocutory Appeal (Dkt. No. 143),

both filed and entered in this action on December 23, 2021.

4.  Memorandum Opinion (Dkt. No. 164), Order of Court Granting In Part and Denying in Part National's Motion for Summary Judgment (Dkt. No. 165), and Judgment granting Summary Judgment In Favor of Defendant Brimar Transit and Pittsburgh Public School District and against National as to all claims set forth in National's Second Amended Complaint, and ordering case as closed  (Dkt. No. 166), all filed and entered in this action on July 28, 2022.

Dated:  August 23, 2022

Respectfully submitted,

**COZEN O'CONNOR**

By: */s/:  Wendy Enerson, Esq.*
Wendy N. Enerson, Esquire (ARDC 6272377)
(*admitted pro hac vice*)
123 N. Wacker Dr., Suite 1800
Chicago, IL 60606
312-382-3162
wenerson@cozen.com

-and-

Charles J. Jesuit, Jr., Esquire (PA 91163)
(*admitted pro hac vice)*
1650 Market St., Suite 2800
Philadelphia, PA 19103
215-665-6967
cjesuit@cozen.com

-and-

Paul Steinman, Esquire (PA 49730)
31 Grant St., 41st Floor
Pittsburgh, PA 15219
412-620-6544
psteinman@cozen.com

*Attorneys for Plaintiff National Liability & Fire Insurance Company*