# CERTIFICATE OF SERVICE

I hereby certify that, on this date of August 23, 2022, I have caused a copy of the foregoing NOTICE OF APPEAL BY PLAINTIFF NATIONAL LIABILITY & FIRE INSURANCE COMPANY to be served via Electronic Filing upon all counsel of record.

Dated:  August 23, 2022

**COZEN O'CONNOR**

By: */s/:  Wendy Enerson, Esq.*
Wendy N. Enerson, Esquire (ARDC 6272377)
(*admitted pro hac vice*)
123 N. Wacker Dr., Suite 1800
Chicago, IL 60606
312-382-3162
wenerson@cozen.com

-and-

Charles J. Jesuit, Jr., Esquire (PA 91163)
(*admitted pro hac vice)*
1650 Market St., Suite 2800
Philadelphia, PA 19103
215-665-6967
cjesuit@cozen.com

-and-

Paul Steinman, Esquire (PA 49730)
31 Grant St., 41st Floor
Pittsburgh, PA 15219
412-620-6544
psteinman@cozen.com

*Attorneys for Plaintiff National Liability & Fire Insurance Company*

3