UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-2565
_____

NATIONAL LIABILITY & FIRE INSURANCE CO.
Appellant

v.

BRIMAR TRANSIT, INC.


PITTSBURGH PUBLIC SCHOOL DISTRICT
Intervenor
_____

On Appeal from the United States District Court for the
Western District of Pennsylvania
(District Court No. 2-18-CV-01129)
District Judge: Hon. Nora Barry Fischer
_____

Argued
July 13, 2023

Before: PHIPPS, MCKEE, and RENDELL, *Circuit Judges*.


**<u>JUDGMENT</u>**


This case came to be considered on the record from the United States District Court

for the Western District of Pennsylvania and was argued on July 13, 2023.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the Order entered by the District Court on January 14, 2020, is hereby **RE-VERSED** and **REMANDED** for further proceedings.

Costs to be taxed against Appellees.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit

Clerk

DATE: September 22, 2023