IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| NATIONAL LIABILITY & FIRE INSURANCE COMPANY<br><br>Plaintiff<br><br>v.<br><br>BRIMAR TRANSIT, INC.<br><br>Defendant,<br><br>and<br><br>PITTSBURGH PUBLIC SCHOOL DISTRICT<br><br>Intervenor-Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 2:18-cv-01129-NBF |

## **JUDGMENT**

AND NOW, this 25th day of March, 2024, in accordance with the United States Court of Appeals for the Third Circuit's September 22, 2023 Judgment and Opinion,

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff National Liability & Fire Insurance Company ("National") and against Defendant Brimar Transit, Inc. ("Brimar") as to the duties to defend and indemnify Brimar in the underlying lawsuit set forth at Count I in National's Second Amended Complaint (Docket No. 46); and

IT IS FURTHER ORDERED that judgment is entered in favor of Plaintiff National Liability & Fire Insurance Company and against Intervenor-Defendant Pittsburgh Public School District (the "District") as to the duties to defend and indemnify the District in the underlying lawsuit set forth at Count III in National's Second Amended Complaint (Docket No. 46).

                                                                                     Nora Barry Fischer
                                                                                     Senior U.S. District Judge