IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BRIMAR TRANSIT, INC., <br><br> Defendant, <br> and <br><br> PITTSBURGH PUBLIC SCHOOL DISTRICT, <br><br> Intervenor Defendant. | Judge Nora Barry Fischer <br> Civil Action No. 18-1129 |

## **JUDGMENT**

AND NOW, this 30th day of April, 2024, in accordance with the foregoing Memorandum Order as well as the Opinion and Mandate of the U.S. Court of Appeals for the Third Circuit,

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff National Liability & Fire Insurance Company ("National") and against Defendant Brimar Transit, Inc. ("Brimar") as to the duties to defend and indemnify Brimar in the underlying lawsuit set forth at Count I in National's Second Amended Complaint, (Docket No. 46);

IT IS FURTHER ORDERED that judgment is entered in favor of Plaintiff National Liability & Fire Insurance Company and against Intervenor-Defendant Pittsburgh Public School District (the "District") as to the duties to defend and indemnify the District in the underlying lawsuit set forth at Count III in National's Second Amended Complaint, (Docket No. 46);

IT IS FURTHER ORDERED that Plaintiff National Liability & Fire Insurance Company's claim against Brimar at Count II in its Second Amended Complaint is DISMISSED, without prejudice, to its pursuit of the claims set forth in Civil A. No. 24-453; and,

FINALLY, IT IS ORDERED that as there are no other claims in this action, the Clerk of Court shall mark Civil A. No. 18-1129 CLOSED.

*/s Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.